# UNITED STATES BANKRUPTCY COURT
## District of Maryland

In re:

**Derrick Lee Adams**

Case No. 05-16297
Chapter 7

Debtor(s)

## NOTICE OF ADDRESS CORRECTION

**DEAR SIR/MADAM CLERK:**

PLEASE TAKE NOTICE OF THE NEW OR CORRECTED ADDRESS FOR THE DEBTOR.

1100 Bolton Street Apt 1220 Baltimore, MD 21201

Respectfully Submitted

/s/Derrick Lee Adams

## CERTIFICATE OF MAILING

THE FOREGOING NOTICE OF ADDRESS CHANGE OR CORRECTION WAS MAILED FIRST CLASS MAIL POSTAGE PREPAID ON April 7, 2005 TO ALL CREDITORS OF RECORD, US TRUSTEE AND CHAPTER 7 TRUSTEE.

/s/Derrick Lee Adams